UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CRUZ ROMERO,<br><br>                              Petitioner,<br><br>v.<br><br>Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26-CV-1666 JLS (BLM)<br><br>**ORDER RE STATUS REPORT**<br><br>(ECF No. 8) |

Presently before the Court is Petitioner Mario Cruz Romero's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  On March 18, 2026, the Court referred the Petition to Federal Defenders for evaluation.  ECF No. 2.  Federal Defenders now requests additional time to obtain the audio of Petitioner's January 2026 bond hearing.  ECF No. 8 at 2.  Good cause appearing, the Court **ORDERS** Federal Defenders to file a status report or other proper filing, i.e., amended petition by May 6, 2026.

**IT IS SO ORDERED.**

Dated:  April 22, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-1666 JLS (BLM)